UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| JENNIFER SILFIES | ) |
| | ) |
| v. | ) CIVIL NO: 1:13-cv-00102-JAW |
| | ) |
| SOCIAL SECURITY ADMINISTRATION | ) |
| COMMISSIONER | ) |

## PROCEDURAL ORDER

In accordance with Local Rule 16.3, the plaintiff shall file an itemized statement of specific errors and fact sheet within sixty (60) days of the filing of the transcript and answer. The Court refers counsel to the Forms section of the court's web page (www.med.uscourts.gov) where the Fact Sheet for Social Security Appeals can be found. The Commissioner shall file an opposition to the plaintiff's itemized statement of specific errors no later than sixty (60) days after the plaintiff files his/her statement of errors.

Any motions to dismiss, remand or to continue shall be filed no later than sixty (60) days after the plaintiff files his/her statement of errors.

Unless dismissed, continued, or remanded, this case may be set for oral argument during the week of March 10, 2014. Depending on the number of cases to be heard, oral arguments in certain Bangor cases will be scheduled in Bangor on Monday of that week. All Portland cases and, depending on the number of cases to be heard, all or certain Bangor cases will be set for oral

argument in Portland on either Wednesday or Friday of that week, unless the

Court sets a different day(s).

/s/ Jennifer L. Gray
Deputy Clerk

Dated this 15th day of July, 2013.